**IN THE UNITED STATES COURT OF APPEALS**

**FOR THE FIFTH CIRCUIT**
_____

No. 96-40227
Summary Calendar
_____


MICHAEL ARTHUR MAGOON,

                              Plaintiff-Appellant,

                VERSUS

                WAYNE SCOTT,
Director, Texas Department of Criminal Justice,
        Institutional Division, et al.,

                              Defendants-Appellees.


*************************************************************


MICHAEL ARTHUR MAGOON,

                              Plaintiff-Appellant,

                VERSUS

                WAYNE SCOTT,
Director, Texas Department of Criminal Justice,
        Institutional Division, et al.,

                              Defendants-Appellees.

_____

Appeal from the United States District Court
      for the Eastern District of Texas
              (6:95-CV-240)
_____

June 21, 1996

Before SMITH, BENAVIDES, and DENNIS, Circuit Judges.

PER CURIAM:[*]

Michael Magoon appeals the dismissal of his suit under 28 U.S.C. § 1915(d). Magoon contends that medical personnel should have performed an x-ray on his back and should have concluded that his prior back injuries precluded him from working. His complaints are, at best, either allegations of negligent treatment or disputes regarding the type of treatment he received and, thus, do not evidence constitutionally inadequate treatment. *See Johnson v. Treen*, 759 F.2d 1236, 1238 (5th Cir. 1985).

Magoon avers that he has been denied access to the court. Although the magistrate judge should have addressed Magoon's court-access claim, Magoon has not identified any reversible error. *See Walker v. Navarro County Jail*, 4 F.3d 410, 413 (5th Cir. 1993). Accordingly, the judgment is AFFIRMED.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

2